1983 - SOUTHERN

*Need lawal*

*Have Disabilities Comunicating*

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Alabama

_____ Division

| | |
|---|---|
| SHANNON LEE BOONE | Case No. 22-CV-89-CG-N |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

BALDWIN COUNTY ALABAMA

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SHANNON LEE BOONE
All other names by which you have been known:
ID Number: 34990
Current Institution: George County Regional Correctional Facility
Address: 154 Industrial Park RD.
Lucedale, MS 39452

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: BALDWIN COUNTY ALABAMA
Job or Title (if known):
Shield Number:
Employer: BALDWIN COUNTY Correctional Facility
Address: Bayminette, AL 36507
[ ] Individual capacity   [x] Official capacity

Defendant No. 2
Name: Little River ALABAMA
Job or Title (if known):
Shield Number:
Employer:
Address: Little River, AL 36550
[x] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
　Name　Anthony Thomas Boone
　Job or Title (if known)
　Shield Number
　Employer
　Address　22272 ~~Little River~~ State Hwy 59
　　Little River　AL　36550
　　　City　　State　　Zip Code
　☒ Individual capacity　☐ Official capacity

Defendant No. 4
　Name　Little River Vol Fire Dept
　Job or Title (if known)
　Shield Number
　Employer
　Address　STAE HWY 59
　　Little River　AL　36550
　　　City　　State　　Zip Code
　☐ Individual capacity　☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

　☒ Federal officials (a *Bivens* claim)

　☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st 3rd 5th 6th - All That Apply

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

All That Apply　Need lawer to Help

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Used Excessive Force without Warrant or Probical Cause

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Unknown

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

72272 State Hwy 59 Little River AL 36550

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Baldwin County Alabama

C. What date and approximate time did the events giving rise to your claim(s) occur?

November - December - Unknown

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officers Injured me and CHRISTINA M. WHITE (Little River Vol Fire Dept witness)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

TAZER SHOT TO my HEART & BODY SLAMED WIFE

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$91 M. U.S.D. Loss of life, liberty, Happyness, Business

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Gerorg County Regional Correctional Facility

2. What did you claim in your grievance?

   INJURED BY ALABAMA LAW IN BALDWIN County

3. What was the result, if any?

   SENT TO DOCTOR

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   NONE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

?

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

(GCRCF) NURSE / online grievance to D.C.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Unknown

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-18-2022

Signature of Plaintiff: *Shannon Lee Boone*
Printed Name of Plaintiff: SHANNON LEE BOONE
Prison Identification #: 34990
Prison Address: 154 Industrial Park Rd
Lucedale, MS 39452

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm: Boone Law Firm
Address:

Telephone Number:
E-mail Address:

UNITED STATES DISTRICT COURT
of
Southern District of ALABAMA

SHANNON LEE BOONE )
Plaintiff / Petitioner )
v. ) Civil Action No. _____
)
BALDWIN COUNTY ALABAMA )
Defendant / Respondent )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

I. The Parties to this Complaint
  A. The Plaintiff(s)
  1. SHANNON LEE BOONE
     6230 Cedartown Rd Molino FL 32577
  2. CHRISTINA M. WHITE
     114 mcallster ext lucedale MS
  3. Brenda LEE BOONE - 850-418-1333
     ~~(         )~~ 6230 Cedartown RD Molino FL 32577
  4. U.S. Department of Disibilities.
  5. JOHN Boone - 12274 Little River AL 36550

Notice: Awaiting to Be Transferd to BALDWIN county Jail Please send mail There. Thank you

Home Address is 6230 Cedartown Rd
Molino FL 32577

Shannon Lee Boone
154 Industrail Park Rd.
Lucedale, MS  39452

GEORGE COUNTY REGIONAL
CORRECTIONAL FACILITY
INMATE MAIL




LEGAL USE ONLY

Federal court clerk
113 St Joseph St
mobil AL  36602

366028360 0005