IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON LEE BOONE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 22-0089-CG-N ) |
| BALDWIN COUNTY ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 10th day of January, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE